NO. SCOT-10-0000184

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

KEAHOLE DEFENSE COALITION, INC., a Hawaii Nonprofit
Corporation, Appellant,

vs.

PUBLIC UTILITIES COMMISSION, STATE OF HAWAI'I;
HAWAII ELECTRIC LIGHT COMPANY, INC.; and DIVISION
OF CONSUMER ADVOCACY, DEPARTMENT OF COMMERCE AND
CONSUMER AFFAIRS, STATE OF HAWAI'I, Appellees.

---

APPEAL FROM THE PUBLIC UTILITIES COMMISSION
(DOCKET NO. 05-1-0315)

ORDER DISMISSING APPEAL
(By: Nakayama, Acting C.J., Acoba, and Duffy, JJ., and
Circuit Judge Chang, in place of Recktenwald, C.J., recused,
Circuit Judge Border, assigned by reason of vacancy)

It appearing that the October 28, 2010 decision and order of the Public Utilities Commission is not directly appealable to the supreme court,

IT IS HEREBY ORDERED that the appellant Keahole Defense Coalition's notices of appeal filed in the supreme court on November 27, 2010 and November 28, 2010 are dismissed without prejudice to filing a notice of appeal in the intermediate court

of appeals.  <u>See</u> HRS §§ 269-15.5 (2007) and 641-1(a) (Supp. 2009).

DATED:  Honolulu, Hawaiʻi, December 7, 2010.

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Gary W.B. Chang

/s/ Patrick W. Border

